The People of the State of Illinois, Plaintiff-Appellee, *v.* Willie
Barrett, Defendant-Appellant.

(No. 59003; )

First District (3rd Division)—May 16, 1974.

PER CURIAM.
MEJDA, J., took no part.

James J. Doherty, Public Defender, of Chicago (Lawrence J. Czepiel,
Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr.,
and Theodore J. Schmidt, Assistant State's Attorneys, of counsel), for
the People.